UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| UNITED STATES | ) | |
| --- | --- | --- |
| | ) | 19-CR-10080 |
| | ) | |
| V. | ) | |
| | ) | **FILED UNDER SEAL** |
| DAVID SIDOO | ) | |
| | ) | |

## ASSENTED TO GOVERNMENT'S MOTION FOR BOND

The Government respectfully moves the Court to order that the Defendant submit a $1 million cashier's check to the Clerk of Courts for the District of Massachusetts. In support of that motion, the Government states as follows:

On Friday, March 8, 2019, Defendant, a Canadian citizen and resident of Vancouver, Canada, was arrested pursuant to an arrest warrant issued by this Court in the above-captioned case. Defendant was arrested in or about San Jose, California. Defendant's initial appearance in California is March 11, 2019 at 1:30 p.m. Defendant is represented by Martin Weinberg, Esq. in Boston and two attorneys from Las Vegas, Nevada, Richard Schonfeld, Esq. and David Chesnoff, Esq. The parties have discussed this case and have agreed that Defendant will post a bond in the form of a cashier's check in the amount of $1 million with the Clerk of Courts in Boston. This bond will allow Defendant to travel to Boston in advance of his initial appearance in this District on Friday, March 15, 2019.

On March 11, 2019, a representative of Defendant's attorney, Martin Weinberg, appeared at the Clerk of Courts to post a $1 million bond in the form of a cashier's check obtained from a wire transfer Defendant made from his accounts in Vancouver, Canada. The Clerk of Courts

would not accept the money, however, because there was no Court order to that effect.

Accordingly, the Government hereby moves to order that the Clerk of Courts accept the $1 million cashier's check from Defendant David Sidoo in advance of his initial appearance in Boston.

Respectfully submitted,
ANDREW E. LELLING
United States Attorney

*allowed*
*P̶g̶ Kelley*

By: _s/Eric S. Rosen_____
ERIC S. ROSEN
Assistant U.S. Attorney

Dated: March 11, 2019   *3/12/19*

---

HONORABLE M. PAGE KELLEY
U.S. Magistrate Judge
District of Massachusetts


Cc: Martin Weinberg, Esq.
    Counsel for Defendant Sidoo