UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | CRIMINAL NO. 19-CR-10080 |
| ) | |
| DAVID SIDOO, ) | |
| Defendant. ) | |

## DEFENDANT DAVID SIDOO'S ENTRY OF A PLEA OF NOT GUILTY AND WAIVER OF APPEARANCE FOR ARRAIGNMENT

I David Sidoo, hereby acknowledge that I have received a copy of the superseding indictment in this case. I understand that I have the right to appear personally at my arraignment pursuant to Rule 43 of the Fed. R. Crim. P. and that I have the right to have the indictment read to me in open court as well.

I have talked about the charges in the indictment with my attorney and I understand the nature of the offenses I am charged with and also understand my right to be at an arraignment. I have chosen to waive my appearance for arraignment and request that my plea of NOT GUILTY be entered on my behalf under Fed. R. Crim. P. 10(b).

_____
David Sidoo

1

/s/ Martin G. Weinberg
Martin G. Weinberg, Esq.
Mass. Bar No. 519480
20 Park Plaza, Suite 1000
Boston, MA 02116
(617) 227-3700
owlmgw@att.net

/s/ David Chesnoff
David Z. Chesnoff
Chesnoff & Schonfeld
520 South Fourth Street
Las Vegas, NV 89101
(702) 384-5563
dzchesnoff@cslawoffice.net

/s/ Richard Schonfeld
Richard A. Schonfeld
Chesnoff & Schonfeld
520 South Fourth Street
Las Vegas, NV 89101
(702) 384-5563
rschonfeld@cslawoffice.net

Dated: April 8, 2019

**CERTIFICATE OF SERVICE**

I, Martin G. Weinberg, hereby certify that on this date, April 8, 2019, a copy of the foregoing document has been served via Electronic Court Filing system on all registered participants, including Eric S. Rosen, Assistant United States Attorney.

/s/ **Martin G. Weinberg**
Martin G. Weinberg, Esq.