UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA | ) ) ) | |
| v. | ) ) | Criminal No. 19-10080-NMG |
| (1) DAVID SIDOO, et al. | ) ) ) ) | |
| Defendants. | ) ) | |

GOVERNMENT'S PROPOSED *FOSTER* HEARING
QUESTIONS FOR DEFENDANT DAVID SIDOO

The government hereby submits the following proposed questions in response to the Court's Order, Docket No. 429:

- Do you understand that you and Robert Zangrillo were both charged together in the same indictment?

- Do you understand that you and Mr. Zangrillo are alleged by the government to have been involved in the same conspiracy? Specifically, the government alleges that both you and Mr. Zangrillo participated in a conspiracy with the same goal: gaining admission to universities through both the payment of bribes and use of falsified athletic and academic credentials.

- Do you understand further that both you and Mr. Zangrillo have been charged with using Rick Singer's services to accomplish this fraudulent goal?

- Do you understand that the question of whether this case involves multiple conspiracies or a single conspiracy is a question of fact for the jury that cannot be resolved pre-trial? *See, e.g., United States v. Wihbey*, 75 F.3d 761, 774 (1st Cir. 1996) ("the question whether a given body of evidence is indicative of a single conspiracy, multiple conspiracies, or no conspiracy at all is ordinarily a matter of fact" for the jury).

- Do you understand that, if Mr. Zangrillo agrees to cooperate, he may testify at a trial against you to establish the existence of and nature and scope of the conspiracy?

- Do you further understand that the government may use Mr. Zangrillo's testimony against you at trial even if you had no personal knowledge of or acquaintance with him before this case? *See, e.g., United States v. Negron-Sostre*, 790 F.3d 295 (1st Cir. 2015) ("Each

coconspirator need not know of or have contact with all other members, nor must they know all of the details of the conspiracy or participate in every act in furtherance of it.").

- Do you understand that, in the event he agreed to cooperate, Mr. Zangrillo's testimony would provide direct evidence against you, since it would, amongst other things, establish the existence of the conspiracy with which you are charged of being a member?

- Do you understand that the same attorney, Martin Weinberg, represents both you and Mr. Zangrillo?

- Do you understand that Mr. Weinberg has acknowledged that there is a conflict in this representation since he intends to withdraw from representing Mr. Zangrillo if both cases proceed to a joint trial?

- Do you understand that conflicts presented by Mr. Weinberg's dual representation may manifest even before trial, such as if you or Mr. Zangrillo pleads guilty or cooperates?

- Do you understand that continued dual representation by Mr. Weinberg at this time—even if it were to cease before the time of trial—may result in further conflicts based on the information Mr. Weinberg learns from his representation both you and Mr. Zangrillo?

- Do you understand that Mr. Weinberg dual representation may be limited in his ability to defend you, including, but not limited to, his inability to use information detrimental to Mr. Zangrillo but favorable to you in the course of preparing for trial?

- Do you understand that if Mr. Weinberg withdraws from representing you on the eve of trial, such withdrawal may hamper your defense at trial? In addition, do you understand that such a late withdrawal may not be grounds for delaying the trial?

- Do you understand that, in the event the court deems the conflict of interest caused by Mr. Weinberg's dual representation to be waivable and that that conflict is in fact waived, you are unlikely to be successful in any appeal of your conviction that is based on the issue of Mr. Weinberg's conflict of interest?

Respectfully submitted,

ANDREW E. LELLING
United States Attorney

By:    /s/ Justin D. O'Connell
ERIC S. ROSEN
JUSTIN D. O'CONNELL
LESLIE A. WRIGHT
KRISTEN A. KEARNEY

Date: June 24, 2019    Assistant United States Attorneys

<u>Certificate of Service</u>

I hereby certify that on June 24, 2019, I served a copy of the foregoing on counsel of record in this case via electronic mail.

>*/s/ Justin D. O'Connell*
> JUSTIN D. O'CONNELL
> Assistant United States Attorney