UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>DAVID SIDOO et al.,<br><br>Defendants | No. 1:19-CR-10080-NMG |

**ASSENTED TO MOTION TO EXTEND FILING DEADLINE BY ONE WEEK**

At the hearing on February 27, 2020, the Court directed Defendants to file a submission relating to the government's recent disclosure of exculpatory material (i.e., Singer's "notes") by March 13, 2020. The government has since indicated that it will provide additional discovery that the defense believes may be relevant to the defense submission on or before the same day, March 13, 2020. Accordingly, Defendants respectfully request that the Court extend the deadline for filing the submission by approximately one week, from March 13, 2020 until March 20, 2020.[1] Defendants respectfully submit that extending the deadline will assist the Court in efficiently adjudicating this matter. The government has assented to this request.

Dated: March 5, 2020

Respectfully submitted,

GAMAL ABDELAZIZ

By his attorneys,

/s/ Brian T. Kelly
Brian T. Kelly (BBO No. 549566)
Joshua C. Sharp (BBO No. 681439)
Lauren Maynard (BBO No. 698742)
NIXON PEABODY LLP

---

[1] All Defendants join in this Motion.

*Motion allowed. /s/ NMGorton, USDJ 3/6/20*