UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v.                                                     )<br>)<br>DAVID SIDOO,                              )<br>            Defendant                    )<br>) | No. 19-cr-10080-NMG |

**ASSENTED-TO MOTION FOR RELEASE OF BAIL**

Now comes the Defendant David Sidoo, by and through undersigned counsel, and hereby respectfully moves this Honorable Court for an Order releasing $250,000 of his $750,000 cash bond to the Clerk for the District of Massachusetts as payment of Mr. Sidoo's criminal fine, *see* Dkt. 1410 at 7, and for a further Order directing the Clerk for the District of Massachusetts to return the remaining balance of $500,000 to Mr. Sidoo. As grounds and reasons therefore, the defense states the following:

On March 15, 2019, Mr. Sidoo was released on a $1,500,000 cash bond, *see* Dkt. 24. On March 13, 2020, this Honorable Court reduced Mr. Sidoo's cash bond to $750,000. Dkt. 937. On July 15, 2020, Mr. Sidoo was *inter alia* sentenced to a ninety-day term of imprisonment, a fine of $250,000, and a special assessment of $100. Dkt. 1401. This Honorable Court Ordered that "the sum of $250,000 from the secured cash bond [] be released to the Clerk for the District of Massachusetts as payment in full of the criminal fine obligation" upon Mr. Sidoo's self-surrender. Dkt. 1410 at 7.[1]

Mr. Sidoo self-surrendered to his designated BOP facility, FDC SeaTac, on September 23 2020 in

---

[1] Mr. Sidoo has separately paid the $100 special assessment following the entry of judgment.

*Motion allowed. NMGorton, USDJ 9/25/20*