**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

UNITED STATES OF AMERICA

v.

GREGORY COLBURN et al.,

Defendants.

Cr. No. 19-10080-NMG

# ORDER

The USC protective order entered by the Court at Dkt. No. 814 is hereby modified to permit Defendant Wilson, if he wishes, to share documents received from USC with defendants in case 1:19-cr-10081-IT. Defendant Wilson must not share any USC documents with defendants in case 1:19-cr-10081-IT until such defendants execute the protective order entered by this Court and agree to be bound by its terms.

DATED: April 30, 2021

Magistrate Judge Page Kelley