United States District Court
District of Massachusetts

United States of America,

v.

Gregory Colburn, et al.,

Defendants.

Criminal Action No.
19-10080-NMG

ORDER

GORTON, J.

The government moves to re-consolidate the groups for trial in this case, although the total number of defendants whose cases remain unresolved is still more than six (6). Due to the anticipated logistical problems and difficulty posed by proceeding with the remaining seven (7) defendants in a single trial, that motion (Docket No. 1932) is **DENIED**.

**So ordered.**

_/s/ Nathaniel M. Gorton_
Nathaniel M. Gorton
United States District Judge

Dated July 15, 2021

- 1 -