UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

RECEIVED IN CLERK'S OFFICE
DATE _____9-13-21_____

-----------------------------------------------------------x
UNITED STATES OF AMERICA,

-against-                                           Criminal No. 1:19-cr-10080-NMG

GREGORY COLBURN, ET AL,

       Defendants.
-----------------------------------------------------------x

## NOTICE OF APPEARANCE

Please enter the appearance of Jeremy M. Sternberg of Holland & Knight LLP as counsel for the News Media Intervenors, namely Dow Jones & Company, Inc., publisher of the *Wall Street Journal*, Boston Globe Media Partners, LLC, The Associated Press, and Bloomberg LP, who seek to intervene for the limited purpose of seeking certain public access to the proceedings in this trial as set forth more fully in the Motion of Non-Party News Media to Intervene And For Access to Proceedings filed this same day.

                           Respectfully submitted,

                           DOW JONES & COMPANY, INC., PUBLISHER OF THE *WALL STREET JOURNAL*, BOSTON GLOBE MEDIA PARTNERS, LLC, THE ASSOCIATED PRESS, AND BLOOMBERG LP

                           By their attorney,

Dated: September 13, 2021      */s/ Jeremy M. Sternberg*
                                        Jeremy M. Sternberg (BBO #556566)
                                        Holland & Knight LLP
                                        10 St. James Avenue
                                        Boston, MA 02116
                                        (617) 523-2700 (phone)
                                        (617) 523-6850 (fax)
                                        Jeremy.sternberg@hklaw.com

## CERTIFICATE OF SERVICE

      I hereby certify that on this 13th day of September, 2021, I filed a copy of the foregoing with the Clerk's Office and understand that it will be loaded into the Court's ECF system resulting in service to all registered parties. In addition, I have today sent a copy of this Notice via email to lead counsel for each of the lawyers currently representing a party in the pending trial, namely Stephen Frank on behalf of the government at stephen.frank@usdoj.gov; Michael Kendall on behalf of John Wilson at michael.kendall@whitecase.com; and Brian Kelly on behalf of Gamal Abdelaziz at bkelly@nixonpeabody.com..

Dated: September 13, 2021            */s/ Jeremy M. Sternberg*
                                                    Jeremy M. Sternberg