WILMERHALE

Bruce M. Berman

+1 202 663 6173 (t)
+1 202 663 6363 (f)
bruce.berman@wilmerhale.com

December 21, 2021

Hon. Nathaniel Gorton
c/o Office of the Clerk
United States District Court for the District of Massachusetts
1 Courthouse Way
Boston, MA 02210

Re:     *United States of America, v. David Sidoo, et al.,* No. 19-cr-10080
        (Docketed March 5, 2019)

Dear Judge Gorton:

      Wilmer Cutler Pickering Hale and Dorr LLP ("WilmerHale") represents Georgetown University in connection with *United States of America, v. David Sidoo, et al.* (the "*Sidoo* Litigation").

      Your former judicial law clerk Justin Metz joined WilmerHale on October 27, 2021, as an associate in the firm's Boston office. Mr. Metz is a member of the Massachusetts Bar.

      Rule 1.12 of the Massachusetts Rules of Professional Conduct (i) bars a former judicial law clerk from representing a client in connection with a matter in which he or she participated personally and substantially while clerking, and (ii) describes notification and screening requirements that must be put in place to ensure that the former judicial law clerk does not share information regarding the matter with others at the firm. We understand that Mr. Metz worked on the *Sidoo* Litigation while clerking in your chambers during the 2019-2020 term. This letter summarizes the steps WilmerHale has taken to comply Massachusetts Rule 1.12.

1)   Screening:

   a) Mr. Metz has not worked on the *Sidoo* Litigation since his arrival at WilmerHale.

   b) All WilmerHale lawyers and employees have been notified that Mr. Metz has been screened from the *Sidoo* Litigation, that they should not discuss the *Sidoo* Litigation with him, and that he should not have access to any files concerning the *Sidoo* Litigation.

   c) WilmerHale has erected electronic barriers to Mr. Metz's access to all information in the firm's computer network regarding the *Sidoo* Litigation.

WILMERHALE

Hon. Nathaniel Gorton
December 21, 2021
Page 2

2)  Mr. Metz will not share in any fees attributable to the firm's work in connection with the *Sidoo* Litigation.

We would be happy to provide any additional information the Court may require.

Respectfully submitted,

*Bruce M. Berman*

Bruce M. Berman

cc: All Counsel of Record